Anna Y. Park, CA SBN 164242
Elizabeth Esparza-Cervantes, CA SBN 205412
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Attorney for U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

F I L E D
Clerk
District Court

JUN 2 4 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| IN RE: APPLICATION OF ELIZABETH ESPARZA-CERVANTES TO PRACTICE BEFORE THE COURT | MISC. NO. MC 08 00032<br><br>VERIFIED PETITION OF ELIZABETH ESPARZA-CERVANTES FOR ADMISSION TO THE BAR OF THIS COURT PURSUANT TO LOCAL RULE 83.5(c) |

## DECLARATION OF ELIZABETH ESPARZA-CERVANTES

1. My name is Elizabeth Esparza-Cervantes and I am an Attorney employed by the United States Equal Employment Opportunity Commission ("EEOC") for the Los Angeles District. The Los Angeles District includes the area of the Northern Mariana Islands.

2. I expect to appear before this Court on behalf of the United States in all matters brought by the EEOC.

3. I am an active member in good standing of the bar of the State of California, having been admitted in December 1999, California State Bar No. 205412. Said membership allows me to practice before all courts within the State

of California, including the California Supreme Court which is the highest court in that jurisdiction.

4. I have been admitted to the Bar of each of the following United States District Courts:

    Central District of California – December 1999
    Southern District of California – December 2001
    Nevada District Court – December 2001
    Northern District of California – September 2004
    Eastern District of California – September 2004
    District of Hawaii – March 2005
    Alaska District Court – December 2006

5. I reside in the City of Huntington Park, California.

6. My business address is:
    United States Equal Employment Opportunity Commission
    Legal Unit
    255 E. Temple Street, 4th Floor
    Los Angeles, CA 90012

7. I remain a member in good standing of all Bars to which I have been admitted.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed this 20th day of June, 2008, at Los Angeles, California.

                        ELIZABETH ESPARZA-CERVANTES
                        Attorney

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION